| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ST. JOSEPH CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ST. JOSEPH | ) | CAUSE NO.: 71_____-2003-CT-_____ |
| | | **71C01-2003-CT-000112** |

MICHELE RELIAS  )
26471 TRADERS POST LANE  )
SOUTH BEND, IN 46619  )
　　　　　　　　　　　　)
　　　Plaintiff,　　　　　)
　　　　　　　　　　　　)
　　v.　　　　　　　　　 )
　　　　　　　　　　　　)
SAM'S EAST, INC. d/b/a SAM'S CLUB  )
c/o CT Corporation System, Resident Agent  )
150 WEST MARKET STREET, SUITE 800  )
INDIANAPOLIS, INDIANA 46204  )
　　　　　　　　　　　　)
　　　Defendant.　　　　)

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Michele Relias, by counsel, and for her claim for relief, states the following:

1. On or about the 2nd day of January, 2019, the Plaintiff, Michele Relias, was an invitee on the premises of Sam's Club located at 120 Indian Ridge Boulevard, Mishawaka, Indiana 46545, when she fell due to vomit on the floor with multiple employees watching the incident as it happened.

2. The Defendant, Sam's Club, Inc., owned, operated and/or controlled the premises located at 316 Indian Ridge Boulevard in Mishawaka, Indiana and was doing business as Sam's Club.

3. The Defendant, Sam's Club, Inc., failed to maintain the premises and/or warn the Plaintiff of a dangerous and/or hazardous condition.

4. As a direct and proximate result of the carelessness and negligence of the Defendant, Sam's Club, Inc., the Plaintiff, Michele Relias, sustained personal injuries, the effects of which may

Exhibit A

be permanent and lasting; has incurred hospital, doctor and medical expenses and may continue to incur hospital, doctor and medical expenses in the future; has incurred pain and suffering and may continue to incur pain and suffering in the future, all of which damages are in an amount yet uncertain.

5. As a further direct and proximate result of the carelessness and negligence of the Defendant, Sam's Club, Inc., the Plaintiff, Michele Relias, has incurred lost wages and may continue to incur lost wages in the future.

WHEREFORE, Plaintiff, Michele Relias demands judgment against the Defendant, Sam's Club, Inc., in an amount that will reasonably compensate her for the injuries and damages sustained, for the costs of this action and for all other just and proper relief.

Respectfully submitted:

James P. Barth (33951-64)
Attorney for Plaintiff
PFEIFER MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, IN 46635
Telephone: (574) 272-2870

## JURY DEMAND

Plaintiff, Bonnie Simon, by counsel, James P. Barth, PFEIFER, MORGAN & STESIAK, demands trial by jury.

Respectfully submitted:

James P. Barth (33951-64)
Attorney for Plaintiff
PFEIFER MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, IN 46635
Telephone: (574) 272-2870

2